UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-61458 CIV-COHN

JESSICA R. BLEIER

    Plaintiff,

v.

MEDICREDIT CORPORATION;
MJ ALTMAN COMPANIES, INC.

    Defendant(s)
_____/



MAGISTRATE JUDGE
SELTZER

FILED by _____ D.C.
INTAKE
OCT 11 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## COMPLAINT
### (& Jury Demand)

### INTRODUCTION

1.    Plaintiff, JESSICA R. BLEIER, brings this action to secure redress against unlawful debt collection practices engaged by Defendant MEDICREDIT CORPORATION ("Medicredit") and Defendant MJ ALTMAN COMPANIES, INC. ("MJ Altman"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k of the Fair Debt Collection Practices Act. Supplemental jurisdiction over the state law claim is available to this Court pursuant to 28 U.S.C. §1367. Venue in this District is proper because Plaintiff resides here and Defendants do business in this District.

## PARTIES

3. Plaintiff, JESSICA R. BLEIER, is an individual who resides in Broward County, Florida, in the Southern District of Florida.

4. Defendant, MEDICREDIT CORPORATION, is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. Defendant is a "debt collector" as defined in the FDCPA as it uses interstate commerce in a business the principal purpose of which is to collect debts.

5. Defendant, MJ ALTMAN, is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. Defendant is a "debt collector" as defined in the FDCPA as it uses interstate commerce in a business the principal purpose of which is to collect debts.

6. The Defendants regularly use the United States Mail and/or instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts or regularly collect or attempt to collect debts for other parties. They are "debt collectors" as defined in the FDCPA.

## FACTS

7. In September 2007, Medicredit communicated directly with Plaintiff Jessica Bleier via United States mail regarding an alleged debt incurred for personal, family, or household reasons; more specifically, an alleged debt arising from a hospitalization of the Plaintiff.

8. Medicredit directly communicated with Plaintiff in response to a request by the Plaintiff for validation of a debt. Medicredit had full knowledge Plaintiff had retained counsel with respect to the alleged debt since the validation letter was mailed by the Plaintiff's attorney.

2

9. On August 13, 2007, after receiving a request from the Plaintiff for validation of debt, Defendant MJ Altman issued a request for a HIPAA release before complying with Plaintiff's request for a validation of a debt.

10. The Plaintiff had not requested any medical records but was requesting verification of the alleged debt.

## COUNT ONE
## FAIR DEBT COLLECTION PRACTICES ACT AS TO DEFENDANT MEDICREDIT REGARDING UNAUTHORIZED COMMUNICATION

11. Plaintiff incorporates Paragraphs 1 through 8.

12. Defendant violated 15 U.S.C. §1692c(a)(2) of the Fair Debt Collection Practices Act by communicating directly with Plaintiff when Defendant knew Plaintiff had already was represented by counsel with respect to the alleged debt.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant Medicredit for:

a. Statutory damages;

b. Attorney's fees, litigation expenses, and costs of suit;

c. Such other or further relief as the Court deems proper.

## COUNT TWO
## FLORIDA CONSUMER COLLECTION PRACTICES ACT AS TO DEFENDANT MEDICREDIT REGARDING UNAUTHORIZED COMMUNICATION

13. Plaintiff incorporates paragraphs 1 through 8.

14. Medicredit violated the Florida Consumer Collection Practices Act, specifically Fla. Stat. §559.72 (18) by directly contacting Plaintiff when Medicredit had full knowledge she had representation by counsel with respect to the alleged debt.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant Medicredit for:

a. Statutory damages;

b. Attorney's fees, litigation expenses, and costs of suit;

c. Such other or further relief as the Court deems proper.

## COUNT III
## FAIR DEBT COLLECTION PRACTICES ACT AS TO DEFENDANT MJ ALTMAN REGARDING FAILURE TO VALIDATE

15. Plaintiff incorporates Paragraphs 1 through 8.

16. On August 13, 2007, after receiving a request for validation of a debt, MJ Altman sent a request for a HIPAA release from the Plaintiff before they would comply with her request. As no request was made for any medical records, a HIPAA release is wholly unnecessary for compliance with the validation/verification request.

17. Congress, in constructing the rules of Section 1692g(a) of the FDCPA, did not impose a requirement on a consumer to complete a HIPPA ( Health Insurance Portability and Accountability Act ) disclosure in order to proceed in requesting verification of an alleged debt.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant MJ Altman for:

d. Statutory damages;

e. Attorney's fees, litigation expenses, and costs of suit;

f. Such other or further relief as the Court deems proper.

## JURY TRIAL DEMAND

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S. Constitution, Amendment 7 and F.R.C.P. 38.

Dated this 28 day of September, 2007.

Respectfully Submitted by,

FAIR CREDIT LAW GROUP, LLC
3389 Sheridan St. #245
Hollywood, FL 33021
Tel: 954-966-0111
Fax: 954-986-4777

_____
Filed by: Paul A. Herman, Esq
FL Bar #405175

Attorney for Plaintiff

**JS 44** (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**07-61458**

## I. (a) PLAINTIFFS
JESSICA R. BLEIER

**DEFENDANTS**
MEDICREDIT, INC.; MJ ALTMAN COMPANIES, INC.

**MAGISTRATE JUDGE SELTZER**

(b) County of Residence of First Listed Plaintiff: **BROWARD**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **BROWARD**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**CIV-COHN**

(c) Attorney's (Firm Name, Address, and Telephone Number)
FAIR CREDIT LAW GROUP, LLC (JOEL A. BROWN, PAUL A. HERMAN) 3389 SHERIDAN STREET # 245, HOLLYWOOD, FLORIDA 33021 954-966-0111

Attorneys (If Known) John-BSS
0:07CV61458

FILED by N/A D.C.
INTAKE
OCT 11 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUDERDALE
HIGHLANDS

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO
JUDGE                          DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1692 et seq. (FDCPA)

LENGTH OF TRIAL via **two** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
September 28, 2007

**FOR OFFICE USE ONLY**
AMOUNT 350.00 RECEIPT # _____ IFP _____

54/24/3